THIS OPINION
 HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN
 ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 In The Matter
 of The Care and Treatment of Darrell Jackson, Appellant.
 
 
 

Appeal From Florence County
Judge Thomas A. Russo, Circuit Court Judge

Unpublished Opinion No. 2010-UP-262
 Submitted April 1, 2010  Filed April 29,
2010    

AFFIRMED

 
 
 
 Appellate Defender Lanelle C. Durant, of
 Columbia, for Appellant.
 Attorney General Henry Dargan McMaster, Chief
 Deputy Attorney General John W. McIntosh, Assistant Attorney General Deborah R.
 J. Shupe, and Assistant Attorney General William M. Blitch, Jr., all of
 Columbia, for Respondent.
 
 
 

PER CURIAM:  Darrell Jackson appeals his commitment to the South Carolina
 Department of Mental Health as a sexually violent predator.  We affirm[1] pursuant to Rule 220(b), SCACR, and
 the following authorities: State v.
 Forrester, 343 S.C. 637, 642, 541
 S.E.2d 837, 840 (2001) (holding a motion in limine to exclude evidence
 made at the beginning of trial does not generally preserve the issue for
 appellate review because a motion in limine is not a final determination); State
 v. Floyd, 295 S.C. 518, 520, 369 S.E.2d 842, 843 (1988) ("A
 ruling on the motion is not the ultimate disposition on the admissibility of
 evidence.  It remains subject to change based upon developments during trial.").
AFFIRMED.  
SHORT, WILLIAMS, and
 LOCKEMY, JJ., concur.

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.